UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
         §
ROWE, MICHAEL M. § Case No. 10-33876
ROWE, VICTORIA R. §
         §
         §
         Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                       CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/10/2014 in Courtroom ,
                North Branch Court
                1792 Nicole Lane
                Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____
                                                               Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
ROWE, MICHAEL M. § Case No. 10-33876
ROWE, VICTORIA R. §
  §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.32 |
| and approved disbursements of | $ | 164.83 |
| leaving a balance on hand of[1] | $ | 4,835.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.03 | $ 0.00 | $ 1,250.03 |
| Trustee Expenses: JOSEPH E. COHEN | $ 32.84 | $ 0.00 | $ 32.84 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,623.75 | $ 0.00 | $ 1,623.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 9.39 | $ 9.39 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,906.62 |
| Remaining Balance | $ 1,928.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,581.29  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/DB Servicing Corporation POB 3025 New Albany OH 43054 | $ 2,303.61 | $ 0.00 | $ 463.75 |
| 000002 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,TX 75374 | $ 1,293.17 | $ 0.00 | $ 260.34 |
| 000003 | Centegra Hospital C/O H and R Accounts Inc PO Box 672 Moline, IL 61265 | $ 1,909.95 | $ 0.00 | $ 384.50 |
| 000004 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 4,074.56 | $ 0.00 | $ 820.28 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 1,928.87 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
　　　　　　　　　　　　　　TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-33876-ABG
Michael M. Rowe                                                       Chapter 7
Victoria R. Rowe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2           Date Rcvd: Dec 03, 2013
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2013.
```
db         #+Michael M. Rowe,    27514 N. Forest Garden Road,    Wauconda, IL 60084-2831
jdb        #+Victoria R. Rowe,    27514 N. Forest Garden Road,    Wauconda, IL 60084-2831
15922795    +Advocate Good Sheperd Hospital,    PO Box 4248,   Carol Stream, IL 60197-4248
15922796    +American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
18450590     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15922797    +Bank of America Home Loans,    Home Loan Servicing, LP,    PO Box 650070,    Dallas, TX 75265-0070
15922804    +CJBS, LLC,   2100 Sanders Road, Suite 200,    Northbrook, IL 60062-6141
15922798    +Capital One Bank,    PO Box 6492,   Carol Stream, IL 60197-6492
18393666    +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,TX 75374-0933
15922800    +Chase,   National Payment Services,    PO Box 182223; Dept. 0H1-1272,    Columbus, OH 43218-2223
15922801    +Chase Auto Finance,    PO Box 9001801,   Louisville, KY 40290-1801
15922802    +Citi MasterCard,    PO Box 6000,   The Lakes, NV 89163-0001
19552686    +Contral Installations,    333 Washington Blvd.,   Mundelein, IL 60060-3105
15922805    +Crystal Lake Orthopedic Surgery,    750 E. Terra Cotta Avenue,    Crystal Lake, IL 60014-3621
15922807   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     PO Box 630778,   Cincinnati, OH 45263)
15922808    +First American Bank,    Freedman Anselmo Lindberg, LLC,    1807 West Diehl Road, Suite 333,
              Naperville, IL 60563-1890
15922810    +Libertyville Imaging, SC,    333 Peterson Road, Suite 230,    Libertyville, IL 60048-1085
15922811    +Orthopaedic Surgery Specialists,    PO Box 2404,   Bedford Park, IL 60499-2404
15922812    +Skope Orthodontics,    110 S. Wynstone Park Drive,    Barrington, IL 60010-6979
15922813    +Town Square Anesthesia, LLC,    39317 Treasury Center,    Chicago, IL 60694-9300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18394123    +E-mail/Text: bankruptcy@hraccounts.com Dec 04 2013 02:07:47      Centegra Hospital,
              C/O H and R Accounts Inc,    PO Box 672,   Moline, IL 61266-0672
15922799    +E-mail/Text: bankruptcy@hraccounts.com Dec 04 2013 02:07:47      Centegra Hospital,
              c/o H&R Accounts, Inc.,    7017 John Deere Parkway,    Moline, IL 61265-8072
15922806     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2013 02:19:50      Discover Card,   PO Box 30943,
              Salt Lake City, UT 84130
18361340    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2013 02:19:50
              Discover Bank/DB Servicing Corporation,    POB 3025,   New Albany OH 43054-3025
15922809    +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 04 2013 02:07:52      Kohl’s,
              Kohl Payment Center,    PO Box 2983,   Milwaukee, WI 53201-2983
                                                                                             TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15922803   ##+Citimortgage, Inc.,   PO Box 6006,   The Lakes, NV 88901-6006
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013                                        Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: mhenley              Page 2 of 2              Date Rcvd: Dec 03, 2013
                               Form ID: pdf006           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2013 at the address(es) listed below:
          Christopher J Stasko    on behalf of Creditor    BANK OF AMERICA, N.A. ND-Four@il.cslegal.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
           m
          Joseph E Cohen     jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Joseph E Cohen, Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Lester A Ottenheimer, III    on behalf of Joint Debtor Victoria R. Rowe lottenheimer@olawgroup.com,
           nfishkin@olawgroup.com
          Lester A Ottenheimer, III    on behalf of Debtor Michael M. Rowe lottenheimer@olawgroup.com,
           nfishkin@olawgroup.com
          Maria  Georgopoulos    on behalf of Creditor    CitiMortgage, Inc. successor by merger to ABN AMRO
           Mortgage Group, Inc. nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```