# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
ROWE, MICHAEL M.                                §      Case No. 10-33876
ROWE, VICTORIA R.                               §
                                                §
                                                §
                   Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans Home Loan Servicing, LP PO Box 650070 Dallas, TX 75265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans Home Loan Servicing, LP PO Box 650070 Dallas, TX 75265 | | | | | |
| | Chase Auto Finance PO Box 9001801 Louisville, KY 40290 | | | | | |
| | Citimortgage, Inc. PO Box 6006 The Lakes, NV 88901 | | | | | |
| | Fifth Third Bank PO Box 630778 Cincinnati, OH 45263 | | | | | |
| | First American Bank Freedman Anselmo Lindberg, LLC 1807 West Diehl Road, Suite 333 Naperville, IL 60566 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Good Sheperd Hospital PO Box 4248 Carol Stream, IL 60197 | | | | | |
| | American Express PO Box 0001 Los Angeles, CA 90096 | | | | | |
| | CJBS, LLC 2100 Sanders Road, Suite 200 Northbrook, IL 60062 | | | | | |
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Centegra Hospital c/o H&R Accounts, Inc. 7017 John Deere Parkway Moline, IL 61266 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centegra Hospital c/o H&R Accounts, Inc. 7017 John Deere Parkway Moline, IL 61266 | | | | | |
| | Centegra Hospital c/o H&R Accounts, Inc. 7017 John Deere Parkway Moline, IL 61266 | | | | | |
| | Chase National Payment Services PO Box 182223; Dept. 0H1-1272 Columbus, OH 43218 | | | | | |
| | Citi MasterCard PO Box 6000 The Lakes, NV 89163 | | | | | |
| | Crystal Lake Orthopedic Surgery 750 E. Terra Cotta Avenue Crystal Lake, IL 60014 | | | | | |
| | Crystal Lake Orthopedic Surgery 750 E. Terra Cotta Avenue Crystal Lake, IL 60014 | | | | | |
| | Discover Card PO Box 30943 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohl's Kohl Payment Center PO Box 2983 Milwaukee, WI 53201 | | | | | |
| | Libertyville Imaging, SC 333 Peterson Road, Suite 230 Libertyville, IL 60048 | | | | | |
| | Orthopaedic Surgery Specialists PO Box 2404 Bedford Park, IL 60499 | | | | | |
| | Skope Orthodontics 110 S. Wynstone Park Drive Barrington, IL 60010 | | | | | |
| | Town Square Anesthesia, LLC 39317 Treasury Center Chicago, IL 60694 | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | CAPITAL ONE,N.A | | | | | |
| 000003 | CENTEGRA HOSPITAL | | | | | |
| 000001 | DISCOVER BANK/DB SERVICING CORPORAT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      1

| | |
|---|---|
| Case No:        10-33876      ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:        JOSEPH E. COHEN |
| Case Name:      ROWE, MICHAEL M. | Date Filed (f) or Converted (c):   07/30/10 (f) |
|                 ROWE, VICTORIA R. | 341(a) Meeting Date:     09/03/10 |
| For Period Ending:  04/05/14 | Claims Bar Date:      04/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Debtor's residence: Location: 27514 N. Forest Gard | 357,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 26188 N. Geraldine Lane, Barrington, Illinois | 225,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Cash on Debtor's person | 42.00 | 0.00 | | 0.00 | 0.00 |
| 4. Checking account - Bank of America | 10.00 | 0.00 | | 0.00 | 0.00 |
| 5. Savings account - Bank of America | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. 1 desktop computer, 3 TV's, 1 DVD player, stereo, | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. Miscellaneous pictures | 100.00 | 0.00 | | 0.00 | 0.00 |
| 8. Miscellaneous prints | 100.00 | 0.00 | | 0.00 | 0.00 |
| 9. Miscellaneous wearing apparel | 150.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2 rings, 2 watches, miscellaneous costume jewelry | 800.00 | 0.00 | | 0.00 | 0.00 |
| 11. 1 digital camera and 1 set of golf clubs | 350.00 | 0.00 | | 0.00 | 0.00 |
| 12. 401(k) | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 13. Profit Sharing (Walgreens) | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. Walgreens stock (20 shares) | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 15. Amount due on business venture from former partner | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 16. 2008 Dodge Durango (40,000 miles) | 16,000.00 | 0.00 | | 0.00 | 0.00 |
| 17. 2005 Ford Expedition (52,000 miles) | 11,000.00 | 0.00 | | 2,500.00 | 0.00 |
| 18. 2004 Ford Explorer (140,000 miles) | 3,300.00 | 0.00 | | 2,500.00 | 0.00 |
| 19. 2007 Grand Cherokee (60,000 miles) | 12,000.00 | 0.00 | | 0.00 | 0.00 |
| 20. 1 desk, 1 chair | 100.00 | 0.00 | | 0.00 | 0.00 |
| 21. Patio furniture, barbeque grill, miscellaneous too | 350.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |

|  |  | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $659,902.00 | $0.00 | | $5,000.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.05c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-33876    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROWE, MICHAEL M. | Date Filed (f) or Converted (c): | 07/30/10 (f) |
| | ROWE, VICTORIA R. | 341(a) Meeting Date: | 09/03/10 |
| | | Claims Bar Date: | 04/04/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


TRUSTEE HAS REQUESTED COPIES OF TITLES ON VEHICLES. TRUSTEE HAS SOLD VEHICLES BACK TO DEBTOR.  CREDITOR HAS FILED MOTION

TO COMPEL TRUSTEE TO ABANDON.  TRUSTEE PREPARING HIS FINAL REPORT.  TRUSTEE HAS FILED HIS FINAL REPORT WHICH IS SET FOR

HEARING ON 1/10/14 - January 15, 2014.  TRUSTEE IS SUBMITTING HIS TDR FOR REVIEW BY THE UST - April 14, 2014.


Initial Projected Date of Final Report (TFR): 08/31/13          Current Projected Date of Final Report (TFR): 08/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-33876  -ABG | |
| Case Name: | ROWE, MICHAEL M. | |
| | ROWE, VICTORIA R. | |
| Taxpayer ID No: | *******8450 | |
| For Period Ending: | 04/05/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2051  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,953.08 | | 4,953.08 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.05 | 4,950.03 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.15 | 4,946.88 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.05 | 4,943.83 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.15 | 4,940.68 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,930.68 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.19 | 4,925.49 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,915.49 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,905.49 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,895.49 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,885.49 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,875.49 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,865.49 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,855.49 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,845.49 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,835.49 |
| 01/14/14 | 300002 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.03 | 3,585.46 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 01/14/14 | 300003 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 32.84 | 3,552.62 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 01/14/14 | 300004 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,082.50 | 2,470.12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 4,953.08 | 2,482.96 | |

FORM 2                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                    Exhibit 9

| | | | | |
|---|---|---|---|
| Case No: | 10-33876  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROWE, MICHAEL M. | Bank Name: | ASSOCIATED BANK |
| | ROWE, VICTORIA R. | Account Number / CD #: | *******2051  Checking Account |
| Taxpayer ID No: | *******8450 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/14 | 300005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 541.25 | 1,928.87 |
| 01/14/14 | 300006 | Discover Bank/DB Servicing Corporation POB 3025 New Albany OH 43054 | Claim 000001, Payment 20.13145% | 7100-000 | | 463.75 | 1,465.12 |
| 01/14/14 | 300007 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,TX 75374 | Claim 000002, Payment 20.13192% | 7100-000 | | 260.34 | 1,204.78 |
| 01/14/14 | 300008 | Centegra Hospital C/O H and R Accounts Inc PO Box 672 Moline, IL 61265 | Claim 000003, Payment 20.13142% | 7100-000 | | 384.50 | 820.28 |
| 01/14/14 | 300009 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000004, Payment 20.13174% (4-1) CREDIT CARD DEBT | 7100-000 | | 820.28 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,953.08 | 4,953.08 | 0.00 |
| Less:  Bank Transfers/CD's | 4,953.08 | 0.00 | |
| Subtotal | 0.00 | 4,953.08 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,953.08 | |

Page Subtotals                    0.00              2,470.12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33876  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROWE, MICHAEL M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROWE, VICTORIA R. | | Account Number / CD #: | *******2044  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8450 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/12 | 17, 19 | Victoria Rowe | Sale of Vehicle | 1129-000 | 5,000.00 | | 5,000.00 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.04 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.08 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.94 | 4,994.14 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 4.20 | 4,989.94 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,989.98 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.14 | 4,983.84 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,983.88 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.33 | 4,977.55 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,977.59 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.32 | 4,971.27 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,971.31 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.91 | 4,965.40 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,965.44 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.51 | 4,958.93 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,958.97 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 5.89 | 4,953.08 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,953.08 | 0.00 |

| | | | Page Subtotals | | 5,000.32 | 5,000.32 | |

Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 10-33876  -ABG |
| Case Name: | ROWE, MICHAEL M. |
| | ROWE, VICTORIA R. |
| Taxpayer ID No: | *******8450 |
| For Period Ending: | 04/05/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2044  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.32 | 5,000.32 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 4,953.08 | |
| | | | Subtotal | | 5,000.32 | 47.24 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.32 | 47.24 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2051 | 0.00 | 4,953.08 | 0.00 |
| Money Market Account (Interest Earn - *******2044 | 5,000.32 | 47.24 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,000.32 | 5,000.32 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*